# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 582 MAL 2024

Respondent    :

: Petition for Allowance of Appeal
: from the **Unpublished Judgment**
v.     : **Order** of the Superior Court at No.
: 659 MDA 2024 entered on October
: 17, 2024, **affirming** the Judgment of
DANIEL T. NICHOLAS,     : Sentence of the Union/Snyder
: County Court of Common Plea at
Petitioner     : No. CP-60-CR-0000207-2023
: entered on April 3, 2024

## ORDER

**PER CURIAM**            **DECIDED: June 18, 2025**

     **AND NOW**, this 18th day of June, 2025, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Shifflett*, ___ A.3d ___, 2025 WL 1535292 (Pa. filed May 30, 2025).